UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY,

                Plaintiff,

        -against-

ORIENTAL EXPRESS CONTAINER CO., LTD., et al.

                Defendants,

**ORDER**

18 Civ. 10258 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for May 28, 2020 is adjourned to **June 25, 2020 at 11:00 a.m.**

Dated:  New York, New York
          May 20, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge