UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY,

               Plaintiff,

    -against-

ORIENTAL EXPRESS CONTAINER CO., LTD., et al.

               Defendants,

**ORDER**

18 Civ. 10258 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that this case is stayed until **July 25, 2020** for settlement discussions. By **July 25, 2020**, the parties are directed to file a joint letter regarding the status of those settlement discussions.

Dated: New York, New York
       June 25, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge