## CASEY & BARNETT, LLC

ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS *

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
154 South Livingston Avenue, Suite 106
Livingston, NJ 07039

*    Admitted in NY and NJ
** Admitted in NY, NJ, La and OH

jpk@caseybarnett.com
Direct: 646-362-8925

September 21, 2020

**MEMO ENDORSED**

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, New York 10007

The Application is granted.

SO ORDERED:

*Paul L. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated:   September 22, 2020

Re:   ***Federal Insurance Co. a/s/o Saxco International LLC v.***
***Orient Express Container Co., Ltd. and MSC***
***Mediterranean Shipping Company S.A.***
Docket No.: 1:18-cv-10258-PGG
Our File: 115-1523

Dear Honorable Paul G. Gardephe:

We represent the Plaintiff in the above referenced proceeding. We respectfully submit this joint letter on behalf of all parties.

On August 20, 2020, the Court endorsed the Status Report filed by Plaintiff and granted the parties' application to finalize their settlement efforts and to submit a Stipulation of Dismissal with prejudice by September 21, 2020 [Docket 43].

We confirm that the parties are still completing the terms of the settlement and would therefore request a further 14 days within which to conclude the settlement, and to otherwise submit a Stipulation of Dismissal.

In these circumstances, the parties would respectfully request that the Court grant an extension for the parties to finalize their settlement efforts and for Plaintiff to submit a Stipulation of Dismissal with prejudice on or before October 5, 2020.

Hon. Paul G. Gardephe                                    September 21, 2020
United States District Judge                                        Page 2

We thank Your Honor for kind attention and for considering this joint request.

Respectfully submitted,

**CASEY & BARNETT, LLC**

By:

James P. Krauzlis

Encl.
cc:     Timothy J. Nast, Esq.
        Thomas L. Tisdale, Esq.
        TISDALE LAW OFFICES, LLC
        *Attorneys for Defendant*
        *Oriental Express Container Co., Ltd.*
        200 Park Avenue, Suite 1700
        New York, NY 10005
        tnast@tisdale-law.com
        ttisdale@tisdale-lennon.com

        Mark A. Beckman, Esq.
        James Marissen, Esq.
        GORDON REES SCLLY MANSUKHANI, LLP
        *Attorney for Defendant and Third-Party Plaintiff*
        *MSC MEDITERRANEAN SHIPPING COMPANY, S.A.*
        1 Battery Park Plaza, 28th Floor
        New York, NY 10004
        mbeckman@grsm.com
        jmarissen@grsm.com