# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS *

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
154 South Livingston Avenue, Suite 106
Livingston, NJ 07039

jpk@caseybarnett.com
Direct: 646-362-8925

October 5, 2020

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: October 6, 2020

Re: *Federal Insurance Co. a/s/o Saxco International LLC v. Orient Express Container Co., Ltd. and MSC Mediterranean Shipping Company S.A.*
Docket No.: 1:18-cv-10258-PGG
Our File: 115-1523

Dear Honorable Paul G. Gardephe:

We represent the Plaintiff in the above referenced proceeding. We respectfully submit this joint letter on behalf of all parties.

On August 20, 2020, the Court endorsed the Status Report filed by Plaintiff and granted the parties' application to finalize their settlement efforts and to submit a Stipulation of Dismissal with prejudice by September 21, 2020 [Docket 43]. On September 22, 2020, the Court extended the time by which the parties were to submit a Stipulation of Dismissal with prejudice to October 5, 2020 [Docket 45].

We confirm that we have received payment from one of the defendants and expect payment from the other by October 9, 2020. We would therefore request a further 14 days within which to finalize payment under the settlement agreement, and to submit a Stipulation of Dismissal.

In these circumstances, the parties would respectfully request that the Court grant an extension for the parties to finalize their settlement efforts and for Plaintiff to submit a Stipulation of Dismissal with prejudice on or before October 19, 2020.

Hon. Paul G. Gardephe
United States District Judge

October 5, 2020
Page 2

We thank Your Honor for kind attention and for considering this joint request.

Respectfully submitted,

CASEY & BARNETT, LLC

By: /s/ James P. Krauzlis
James P. Krauzlis

Encl.
cc: Timothy J. Nast, Esq.
Thomas L. Tisdale, Esq.
TISDALE LAW OFFICES, LLC
*Attorneys for Defendant*
*Oriental Express Container Co., Ltd.*
200 Park Avenue, Suite 1700
New York, NY 10005
tnast@tisdale-law.com
ttisdale@tisdale-lennon.com

Mark A. Beckman, Esq.
James Marissen, Esq.
GORDON REES SCLLY MANSUKHANI, LLP
*Attorney for Defendant and Third-Party Plaintiff*
*MSC MEDITERRANEAN SHIPPING COMPANY, S.A.*
1 Battery Park Plaza, 28th Floor
New York, NY 10004
mbeckman@grsm.com
jmarissen@grsm.com